## YADKIN VALLEY BANK AND TRUST CO. v. NORTHWESTERN BANK

No. 381P86.

Case below: 80 N.C. App. 716.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.